IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GFI COMMERCIAL MORTGAGE, LLP,

Debtor.

_____/

CLASS B LIMITED PARTNER COMMITTEE,

    Appellant,

v.

MEYERS LAW GROUP, P.C. and MERLE C. MEYERS,

    Appellees.

_____/

No. C 12-03956 SI

**ORDER DENYING AS MOOT APPELLANT'S MOTIONS TO WITHDRAW REFERENCE AND TO EXTEND TIME**

On July 27, 2012, appellant moved to withdraw the reference to the bankruptcy court. Appellant's motion – dated May 23, 2012, but filed in this Court over two months later – argues that this Court should withdraw the reference because of substantial, prejudicial, and unexplained delay on the part of the bankruptcy court in deciding matters submitted to it on January 27, 2012. However, on July 20, 2012, the bankruptcy court entered orders on the pending matters that are the subject of appellant's motion. *See* Bankr. Case No: 96-34296-TC, Docket Nos. 694-706. Moreover, the 14-day stay of Bankruptcy Rule 6004(h) with respect to the July 20, 2012, bankruptcy court orders has since passed. Accordingly, the Court DISMISSES as MOOT appellant's motion to withdraw the reference.

On October 5, 2012, appellant filed a motion to extend time to file an opening brief on appeal.

Appellant seeks to extend time in order to consolidate briefing with a second forthcoming appeal. However, during the pendency of the motion, appellant filed its opening brief, appellees filed an opposition, and appellant filed a reply. Accordingly, the Court hereby DISMISSES as MOOT appellant's motion to extend time.

This Order resolves Docket Nos. 1 and 11.

**IT IS SO ORDERED.**

Dated: November 19, 2012

SUSAN ILLSTON
United States District Judge