IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GFI COMMERCIAL MORTGAGE, LLP,

Debtor.
_____/

CLASS B LIMITED PARTNER COMMITTEE,

    Appellant,

v.

MEYERS LAW GROUP, P.C. and MERLE C. MEYERS,

    Appellees.
_____/

No. C 12-03956 SI

**JUDGMENT**

The Court has affirmed the orders of the bankruptcy court.  *See* Docket No. 21.  Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 29, 2013

SUSAN ILLSTON
United States District Judge